**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Criminal Case No. 24-CR-0270-CNS

UNITED STATES OF AMERICA,

Plaintiff,

v.

1. FILIBERTO WALLE,
2. ADRIAN CERVANTES,

Defendants.

---

# INDICTMENT

---

The Grand Jury charges:

## COUNT 1

From at least on or about June 21, 2023, and continuing thereafter until on or about August 22, 2023, in the State and District of Colorado, the defendant, FILIBERTO WALLE, and Mohamed Savane did knowingly and voluntarily conspire and agree together with each other, and with others known and unknown, to commit an offense against the laws of the United States, namely Engaging in the Business of Dealing Firearms without a License in violation of Title 18, United States Code, Section 922(a)(1)(A).

## MANNER AND MEANS OF THE CONSPIRACY

Acting interdependently, the defendant, FILIBERTO WALLE, and Mohamed Savane carried out the conspiracy using the following manner and means:

1. The defendant, FILIBERTO WALLE, was engaged in the business of dealing firearms without a license in the state of Texas and elsewhere.

2. Mohamed Savane agreed to aid the defendant, FILIBERTO WALLE, in this business by assisting in searching for and obtaining firearms in the State and District of Colorado for FILIBERTO WALLE to further deal unlawfully in the state of Texas and elsewhere.
3. The defendant, FILIBERTO WALLE, provided United States currency to Mohamed Savane to purchase firearms on his behalf.
4. The defendant, FILIBERTO WALLE, and Mohamed Savane ordered firearms online that were transferred into the State and District of Colorado to D.O.T.R. and S.F.D., both federal firearms licensees, paying for those firearms by credit card.
5. The defendant, FILIBERTO WALLE, and Mohamed Savane arranged for third parties known to the Grand Jury, Malcolm Xavier Johnson and Straw Transferors 1 and 2 (“ST-1” and “ST-2”), to complete a background check, accomplish transfer, and gain possession of firearms that were shipped to D.O.T.R. and S.F.D., with the intention that those third parties would then transfer possession of the firearms to FILIBERTO WALLE.
6. The defendant, FILIBERTO WALLE, and Mohamed Savane also arranged for ADRIAN CERVANTES to complete a background check, accomplish transfer, and gain possession of firearms in the inventory of S.D., with the intention that the third-parties would then transfer possession of the firearms to FILIBERTO WALLE.

## OVERT ACTS

In furtherance of the conspiracy's objectives, one or more of the conspirators committed one or more of the following acts in the State and District of Colorado (and elsewhere):

1. On or about June 21, 2023, Mohamed Savane text messaged the defendant, FILIBERTO WALLE, to inquire about looking for straw purchasers or straw transferors.
2. On or about August 1, 2023, the defendant, FILIBERTO WALLE, and Mohamed Savane traveled together to S.D., a federal firearms licensee whom they had identified as having .50 BMG caliber rifles in its immediate inventory. FILIBERTO WALLE provided United States Currency to ADRIAN CERVANTES to purchase two Desert Tech model HTI .50 BMG caliber rifles bearing serial numbers HTI003311 and HTI003342. ADRIAN CERVANTES completed a background check, accomplished the purchase and transfer, and gained possession of those firearms, ultimately transferring them into FILIBERTO WALLE's possession.
3. On or about August 1, 2023, the defendant, FILIBERTO WALLE, and Mohamed Savane ordered one Desert Tech model HTI .50 BMG caliber rifle bearing serial number HTI003390 from seller B.R.W. that was shipped to S.F.D. for further transfer.
4. The defendant, FILIBERTO WALLE, and Mohamed Savane supplied a false name, "S.S," as the identity of the purchaser when ordering the Desert Tech model HTI .50 BMG caliber rifle bearing serial number HTI003390 from seller

B.R.W.

5. The defendant, FILIBERTO WALLE, and Mohamed Savane arranged for Malcolm Xavier Johnson to complete the background check, fill out the ATF Form 4473, and obtain possession of one Desert Tech model HTI .50 BMG caliber rifle bearing serial number HTI003390 in the possession of S.F.D. on August 3, 2023.

6. On or about August 1, 2023, the defendant, FILIBERTO WALLE, and Mohamed Savane ordered one Barrett model 82A1 .50 BMG caliber rifle bearing serial number AA015851 from E.O. utilizing Mohamed Savane's laptop computer.

7. The defendant, FILIBERTO WALLE, and Mohamed Savane supplied a false name, "S.S," as the identity of the purchaser when ordering the Barrett model 82A1 .50 BMG caliber rifle bearing serial number AA015851 from E.O.

8. On or about August 2, 2023, the defendant, FILIBERTO WALLE, and Mohamed Savane arranged for Malcolm Xavier Johnson to complete the background check, fill out the ATF Form 4473, and obtain possession of one Barrett model 82A1 .50 BMG caliber rifle bearing serial number AA015851, that was previously shipped from E.O. into the possession of D.O.T.R.

9. On or about August 2, 2023, the defendant, FILIBERTO WALLE, and Mohamed Savane ordered one Barrett model 82A1 .50 BMG caliber rifle bearing serial number AA016393 from E.O.

10. On or about August 3, 2023, the defendant, FILIBERTO WALLE, arranged for ST-1 to attempt to gain possession of the Barrett model 82A1 .50 BMG caliber

rifle bearing serial numbers AA016393, that was previously shipped from E.O. into the possession of D.O.T.R.

11. On or about August 3, 2023, the defendant, FILIBERTO WALLE, and Mohamed Savane ordered two Barrett model 82A1 .50 BMG caliber rifles bearing serial numbers AA016386 and AA016388 from E.O.

12. On or about August 4, 2023, the defendant, FILIBERTO WALLE, arranged for ST-2 to attempt to gain possession of two Barrett model 82A1 .50 BMG caliber rifles bearing serial numbers AA016386 and AA016388 in the possession of D.O.T.R. on August 4, 2023.

13. On or about August 2, 2023, and August 3, 2023, Mohamed Savane deposited United States currency he received from the defendant, FILIBERTO WALLE, for the purchase of firearms in his bank account.

14. On August 22, 2023, Mohamed Savane requested D.O.T.R. facilitate a refund from E.O. for one Barrett model 82A1 .50 BMG caliber rifle bearing serial number AA016393 after D.O.T.R. refused to transfer the rifle to ST-1.

All in violation of Title 18, United States Code, Section 371.

**COUNT 2**

On or about between and including August 1, 2023, and September 30, 2023, in the State and District of Colorado, the defendant, FILIBERTO WALLE, not being a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, did willfully engage in the business of dealing in firearms.

All in violation of Title 18, United States Code, Section 922(a)(1)(A).

**COUNT 3**

On or about between and including August 1, 2023, and September 30, 2023, in the State and District of Colorado, the defendant, FILIBERTO WALLE, not being a licensed importer, manufacturer, dealer, and collector of firearms, within the meaning of Chapter 44, Title 18, United States Code, willfully did transport into the State of Texas, where he then resided, one Barrett model 82A1 .50 BMG caliber rifle bearing serial number AA015851, one Desert Tech model HTI .50 BMG caliber rifle bearing serial number HTI003390, one Desert Tech model HTI .50 BMG caliber rifle bearing serial number HTI003342, and one Desert Tech model HTI .50 BMG caliber rifle bearing serial number HTI003311, said firearms having been obtained through straw purchases solicted by the defendant, FILIBERTO WALLE, outside the State of Texas.

All in violation of Title 18, United States Code, Section 922(a)(3).

**COUNT 4**

On or about August 2, 2023, in the State and District of Colorado, Malcolm Xavier Johnson made a false statement and representation to Day on the Range Consulting LLC, a person licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of Day on the Range Consulting LLC, in that the person whose identity is known to the Grand Jury executed and submitted to Day on the Range Consulting LLC a United States Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473 Firearms Transaction Record in connection with acquisition of a Barrett model 82A1 .50 BMG caliber rifle bearing serial number AA015851, stating that he was the actual transferee/buyer of a firearm when as

he well knew, he was not the actual transferee/buyer of the firearm but was acquiring the firearm on behalf of another person, and the defendant, FILIBERTO WALLE, did aid, abet, counsel, command, induce, and procure the same.

All in violation of Title 18, United States Code, Sections 924(a)(1)(A) and 2.

**COUNT 5**

On or about August 3, 2023, in the State and District of Colorado, Malcolm Xaiver Johnson knowingly made a false statement and representation to Skyline Firearms Distribution LLC, a person licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of Skyline Firearms Distribution LLC, in that the person whose identity is known to the Grand Jury executed and submitted to Skyline Firearms Distribution LLC a United States Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473 Firearms Transaction Record in connection with acquisition of a Desert Tech model HTI .50 BMG caliber rifle bearing serial number HTI003390, stating that he was the actual transferee/buyer of a firearm when as he well knew, he was not the actual transferee/buyer of the firearm but was acquiring the firearm on behalf of another person, and the defendant, FILIBERTO WALLE, did aid, abet, counsel, command, induce, and procure the same.

All in violation of Title 18, United States Code, Sections 924(a)(1)(A) and 2.

**COUNT 6**

On or about August 1, 2023, in the State and District of Colorado, the defendant, ADRIAN CERVANTES, knowingly made a false statement and representation to Spartan Defense LLC, a person licensed under the provisions of Chapter 44 of Title 18, United

States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of Spartan Defense LLC, in that the defendant, ADRIAN CERVANTES, executed and submitted to Spartan Defense LLC a United States Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473 Firearms Transaction Record in connection with acquisition of a Desert Tech model HTI.50 BMG caliber rifle bearing serial number HTI003342 and a Desert Tech model HTI .50 BMG caliber rifle bearing serial number HTI003311, stating that he was the actual transferee/buyer of a firearm when as he well knew, he was not the actual transferee/buyer of the firearm but was acquiring the firearm on behalf of another person, and the defendant, FILIBERTO WALLE, did aid, abet, counsel, command, induce, and procure the same.

All in violation of Title 18, United States Code, Sections 924(a)(1)(A) and 2.

//

//

//

## FORFEITURE ALLEGATION

1. The allegations contained in Counts 1 through 6 of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

2. Upon conviction of any of the violations alleged in Counts 1 through 6 of this Indictment involving violations of Title 18, United States Code, Sections 922 and 924, defendants FILIBERTO WALLE and ADRIAN CERVANTES shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), all firearms involved in the commission of the offenses, including but not limited to the following: (1) Barrett model 82A1 .50 BMG caliber rifle bearing serial number AA015851, (2) Barrett model 82A1 .50 BMG caliber rifle bearing serial number AA016386, (3) Barrett model 82A1 .50 BMG caliber rifle bearing serial number AA016388, (4) Barrett model 82A1 .50 BMG caliber rifle bearing serial number AA016393, (5) Desert Tech model HTI .50 BMG caliber rifle bearing serial number HTI003390, (6) Desert Tech model HTI.50 BMG caliber rifle bearing serial number HTI003342, and (7) Desert Tech model HTI .50 BMG caliber rifle bearing serial number HTI003311.

3. If any of the property described in paragraph 2 above, as a result of any act or omission of the defendants:

a) cannot be located upon the exercise of due diligence;
b) has been transferred or sold to, or deposited with, a third party;
c) has been placed beyond the jurisdiction of the Court;
d) has been substantially diminished in value; or
e) has been commingled with other property which

cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of said defendants up to the value of the forfeitable property.

A TRUE BILL:

Ink signature on file in Clerk's Office
FOREPERSON

MATTHEW T. KIRSCH
Acting United States Attorney

By:s/Albert Buchman
ALBERT BUCHMAN
Assistant U.S. Attorney
U.S. Attorney's Office
1801 California St., Ste. 1600
Denver, CO 80202
Telephone: 303-454-0100
E-mail: al.buchman@usdoj.gov
Attorney for the government